*Messrs. John E. Evans, Sr.* and *Charles H. Sachs* for petitioners. *Mr. William H. Eckert* for respondent.

No. 602. HOUSMAN *v.* COMMISSIONER OF INTERNAL REVENUE. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Proskauer* and *Wilbur H. Friedman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for respondent.

No. 607. MCCURDY *v.* NEW YORK LIFE INSURANCE Co. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Robert C. Faulston* for petitioner. *Messrs. Louis H. Cooke* and *Austin M. Cowan* for respondent.

No. 618. GEORGE ALLISON & CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION. January 29, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Harrison Tweed* and *F. Trowbridge vom Baur* for petitioners. *Messrs. E. M. Reidy* and *Daniel W. Knowlton* for respondent.

No. 624. KROGER GROCERY & BAKING CO. *v.* BARKER. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wayne Ely* for petitioner. *Mr. Scerial Thompson* for respondent.